

**The Law Offices**
**Pollack & Rosen P.A.**

806 S. DOUGLAS ROAD
SUITE 200, SOUTH TOWER
CORAL GABLES, FLORIDA 33134

PHONE: (305) 448-0006
TOLL FREE: (888) 448-1557
FACSIMILE: (305) 569-0101

January 19, 2018

**ACCOUNT IDENTIFICATION**

JEAN G DOANE

VERO BEACH FL, 32966-1790

Original Creditor: CAPITAL ONE BANK (USA), N.A.
Original Creditor Acct No.: ************8930
Current Creditor: CAPITAL ONE BANK (USA), N.A.
Balance: $1597.93
Our File #:  3144786

Dear JEAN G DOANE,

Our office represents CAPITAL ONE BANK (USA), N.A., regarding the above account. We are sending this letter based on account information provided by our client. Please direct any future communications to our office.

Please contact our office upon receipt so that we can make the necessary arrangements with you regarding the payment of this obligation. For your convenience, you can also make payments via our website at www.pollackrosen.com.

Unless the consumer (you) within thirty (30) days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector (us). If the consumer (you) notifies the debt collector (us) in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector (we) will obtain verification of the debt or a copy of a judgment (if a judgment exists) against the consumer (you) and a copy of such verification or judgment will be mailed to the consumer (you) by the debt collector (us). Upon the consumer's (your) written request within the thirty-day period, the debt collector (we) will provide the consumer (you) with the name and address of the original creditor, if different from the current creditor.

If you have any questions, please contact this office.

Your cooperation is essential in order to resolve this matter promptly.

Very truly yours,

Joseph F. Rosen, for the Firm

Your Account Representative is: Jose Bercande

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.